UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 15–119 DSF (Ex) | Date | 3/27/15 |
|---|---|---|---|
| Title | Sadaka Oya v. Pola, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court, County of Los Angeles

　　On March 27, 2015, Plaintiff submitted a declaration stating that she is not a citizen of the United States.  (Declaration of Sadaka Oya ¶ 3.)  Given that Defendant is a citizen of Japan, see Notice of Removal at 1:26, Plaintiff's declaration establishes that neither party is a citizen of the United States.  The Court therefore lacks diversity jurisdiction under 28 U.S.C. § 1332.  See Matao Yokeno v. Sawako Sekiguchi, 754 F.3d 649, 657 (9th Cir. 2014) ("[T]he Constitution does not supply diversity jurisdiction to Article III courts in suits between aliens."); Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001) ("To be a citizen of a state, a natural person must first be a citizen of the United States.").

　　This matter is REMANDED to the Superior Court of California, County of Los Angeles.

　　IT IS SO ORDERED.